

Teresa Teeple,
State Long-Term Care Ombudsman

October 19, 2023

U.S. Bankruptcy Court
Attention: Bankruptcy Clerk
701 Broadway, Suite 101
Nashville, TN 37203

Re: Patient Care Ombudsman Report – Nashville Senior Care, LLC, et al., Case No. 23-02924

Dear Bankruptcy Clerk:

The Tennessee Long-Term Care Ombudsman Program consists of the Office the State Long-Term Care Ombudsman (the "Office") which is located within the Tennessee Commission on Aging and Disability, which is the designated State Unit on Aging under the Older Americans Act for the State of Tennessee. There are a total of around 19 District Long-Term Care Ombudsman staff who represent the Office in sponsoring agencies across the state. The Tennessee Ombudsman program visits residents in licensed long-term care facilities regularly, with increased visits in response to complaints, or as needed.

On September 1, 2023, by Motion of the United States Trustee and by Order of the Bankruptcy Court for the Middle District of Tennessee Nashville Division, I was appointed to serve as the Patient Care Ombudsman for the residents living in the facilities of Debtor. At that time, I directed a representative of my Office, District Ombudsman Melinda Lunday to begin making frequent visits to McKendree Village. Melinda has visited McKendree Village six times from September 7-21, 2023. As the District Ombudsman position that providers local services to Waynesboro Health and Rehab at this time, I made an initial visit to this nursing home on September 28, 2023.

**McKendree Village**
During Melinda's visit on September 7th, the census for the nursing home was 149 residents and the census for the assisted living was 55 residents. While in the nursing home area, Melinda noted several issues regarding food complaints by residents including lack of food, late meals, no alternatives being provided, and meals that were not what was posted on the menu. During her investigation, Melinda spoke with the facility's dietary manager who stated that for the past few weeks' food supplies had been extremely low due to the current food vendor. The dietary manager stated he was told that day to change food vendors and placed an urgent order with another vendor. The dietary manager also went to a local grocery store that sales in bulk to procure foods to last until the order arrived. In addition to food concerns, Melinda also noted issues regarding billing questions, housekeeping including odors, uncleanly resident rooms, hallways, and shower rooms, along with pest control (wasps in two resident rooms), long call light wait times, and questions of whether staff that are reported to be on the staffing chart, are in the building.

Melinda's visited again on September 8th to follow up on concerns from her prior visit. During this visit was assured by multiple administrative staff including that the dietary director had left the building to obtain more

502 Deaderick Street, 9" FloorMain     (615) 253-5412
Nashville, TN 37243-0860      Email:     teresa.teeple@tn.gov
tn.gov/aging



Teresa Teeple,
State Long-Term Care Ombudsman

food but after speaking with the dietary manager was told that he did not go and had no plans to. When asked about the food supply, Melinda was shown some additional foods in the freezer, refrigerator, and storage room. Melinda continued to work with administrative staff regarding issues from the prior day. She met with the social worker about a resident's request to transfer to a new facility and was told this had been submitted. While in the nursing home, Melinda encountered a resident yelling out in Spanish for help. There were no staff available to speak Spanish to help the resident. Melinda called a translation service and was able to provide the assistance that he required. She spoke with the nursing home administrator to ensure that translation services for staff were always available so that they could communicate with the resident. Residents still reported to her that they have to ask housekeeping to mop their rooms, or it doesn't get done. Melinda observed medication carts that were unlocked and unattended. The resident that complained about the wasps told her that a pest control company was coming out to deal with the wasp issue. Additional complaints were shared with Melinda regarding continued long call light wait times.

Melinda's next visit was on September 13th. Nursing home residents shared with her that they were excited that the food had improved. There are still complaints of late supper, but residents reported that the other two meals were timely. Wasps in one resident room still appeared to be an issue and a staff member reported to Melinda that pest control is still coming out to treat the facility. General housekeeping issues appeared to continue, as residents are still asking to have their rooms mopped and dirty trays and trash are seen lying about in commons areas such as the resident communal areas, dining room, and hallways.

Melinda arrived back to the facility on September 14th. Prior to her visit she followed up with staff on a resident request to transfer to a new facility. The social worker told Melinda it had been made, but when the receiving facility was contacted, she found it had not been. Melinda also noted that residents were still wearing clothing protectors at 3:30PM from lunch. She also observed a resident in a hospital gown covered with feces and discovered his colostomy bag had come apart. A CNA was finally found to assist but at that point there was fecal matter that had leaked all the way down the hall, which Melinda pointed out the need to get it cleaned up. For around twenty minutes, staff could not locate a mop. During that time a mobile x-ray technician, hospice provider, and multiple residents and visitors all walked down this hallway. Melinda ended up emailing the nursing home administrator, as she was unavailable by phone, who send the head of housekeeping up to get it cleaned up. Melinda addressed with the administrator the need for staff to know where cleaning supplies are and how to access them all times of the day. The facility has now corrected this issue.

The Ombudsman next visited the facility on September 20th. The census was listed as 141 residents. Melinda delivered new Ombudsman posters during this visit. She noted that agency staff were wearing name tags and residents were excited about the proposed menus for the upcoming week. A CNA told Melinda that she now has a translation application on her phone to assist with communicating with the resident Melinda encountered previously that speaks Spanish. Old food trays were noted to be left lying about and odors were prevalent from unzipped dirty laundry and trash bins. Melinda addressed all these issues with the administrator.

Melinda visited the facility on September 21st. The Executive Director for the facility emailed her an invitation to their family meeting regarding the bankruptcy at 6PM. She arrived at the facility at 4:20pm and went to follow up with resident and Ombudsman complaints. Melinda attended the family meeting in the nursing home and listened to the staff speak regarding the bankruptcy. Family members were concerned about the increase of

 

Teresa Teeple,
State Long-Term Care Ombudsman

cost beginning in October and then let staff know that they had concerns regarding staff communication with families and residents, lack of staff, use of agency staff, food, medication distribution-especially at night, and quality and consistency of care. Melinda met with families after the meeting and provided information on how to contact the ombudsman program. She visited the assisted living where she met with the assisted living director. She also visited the kitchen on the third floor and was shown the now stocked freezer and refrigerator where snack food and protein drinks are kept. During her visit, Melinda witnessed a resident trying to get out of her recliner and then being inappropriately pushed back into it by her CNA. She let the administrator know so the issue could be addressed. The administrator appropriately alerted the Tennessee Health Facilities Commission and Adult Protective Services. Finally, Melinda spoke to staff about the notice of the Ombudsman's role in the bankruptcy having not been posted in the facility as requested.

Melinda's final and most recent visit to the facility was on October 3rd. At the time of this visit, the resident census was 150. The assisted living area was relatively quiet and appeared clean. The only things left in the snack area were two pints of milk. On the third floor, residents were eating soup or salad and waiting to be served their main course. The food on the posted menu matched the food that was served to residents. While at the nursing home, Melinda followed up on the last visit's concerns regarding food, an unsent transfer request, housekeeping issues, and call light issues. She spoke with dietary personnel who confirmed that the facility is substituting items and doesn't have their three-day emergency supplies. Dietary personnel stated that the food company change has some to do with the food issues. They also stated that they put in orders to ensure that they have enough food, but those orders are changed, possibly to save money. Melinda spoke to the nursing home administrator about food issues and was told that a dietary manager was being hired the following week and the issues would be taken care of. Melinda also followed up with the transfer request that a resident had asked to be made and found that it had not been. The social worker stated that he would take care of it. In some area of the facility, dirty linens and garbage were noted to be spilling out of containers, odors were prevalent, and floors appeared not to have been mopped. Melinda noticed fewer staff in the home than normal. Prior to exiting the facility, she went to check on a resident issue in a room on the first floor where resident who is unable to pick up a cup asked her to get him a straw. The caregiver left the cup on the resident's tray with no way for him to be able to drink. Melinda addressed this with the nursing home administrator but is concerned at the possibility of dehydration for residents that are unable to drink without straws.

**Waynesboro Health and Rehabilitation Center**
I visited this home on September 28th as there is not a district ombudsman in place currently. The nursing home is next door to a hospital in a rural area in the state. I spoke with 9 residents during my visit, and none reported unmet needs. All of the residents I observed were well groomed and dressed appropriately for the season and time of day. In my conversations with residents, I asked about how well staff cared for them, if the food was to their liking and if the facility had plenty of supplies such as linens and adult briefs. In all cases, residents stated the food was good and plentiful, that staff treated them well, and there were sufficient supplies. They all noted that they liked living there though some noted that they were hoping to go home after their therapy was completed. Several family members spoke to me during my visit and reported their loved ones were getting good care. I also talked with several staff members who reported census was low, a wing of the facility was currently closed for renovations, and that supplies, and staffing were adequate. A nurse did note that she believed that it was unfortunate the facility had to bring on agency staff as they do not know residents as well and it impacts the whole facility. Finally, I met with the nursing home administrator who reported that things



Teresa Teeple,
State Long-Term Care Ombudsman

were stabled even during the bankruptcy and that residents and family members feel very comfortable coming to him when issues arise, so they are addressed quickly.

This concludes the third report of the Patient Care Ombudsman.

*Teresa Teeple*

Teresa Teeple
State Long-Term Care Ombudsman