

FILED Teresa Teeple,
State Long-Term Care Ombudsman
2024 FEB 21 AM 8:21

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN.

February 15, 2024

U.S. Bankruptcy Court
Attention: Bankruptcy Clerk
701 Broadway, Suite 101
Nashville, TN 37203

Re: Patient Care Ombudsman Report – Nashville Senior Care, LLC, et al., Case No. 23-02924

Dear Bankruptcy Clerk:

The Tennessee Long-Term Care Ombudsman Program consists of the Office the State Long-Term Care Ombudsman (the "Office") which is located within the Tennessee Commission on Aging and Disability, which is the designated State Unit on Aging under the Older Americans Act for the State of Tennessee. There are a total of around 19 District Long-Term Care Ombudsman staff who represent the Office in sponsoring agencies across the state. The Tennessee Ombudsman program visits residents in licensed long-term care facilities regularly, with increased visits in response to complaints, or as needed.

On September 1, 2023, by Motion of the United States Trustee and by Order of the Bankruptcy Court for the Middle District of Tennessee Nashville Division, I was appointed to serve as the Patient Care Ombudsman for the residents living in the facilities of Debtor. At that time, I directed a representative of my Office, District Ombudsman Melinda Lunday to begin making frequent visits to McKendree Village. Melinda has visited McKendree Village three times from January 25 – February 8, 2024. Norma Bell, District Ombudsman in Jackson, Tennessee, made a visit to Waynesboro Health and Rehabilitation on February 12, 2024.

**McKendree Village**
Melinda visited the facility on January 25th. She started her visit in the long-term care nursing home area. The census information was posted for Friday, January 26th. Melinda then followed up on residents' complaints. One resident mentioned to Melinda that she was very happy as to how the facility handled her complaints. As she walked the area, Melinda noticed residents in the common area either doing independent activities and or gathered around the television. Late medication distribution was still a concern this visit, according to some residents. Melinda noted that residents are now beginning to trust staff to try to resolve their complaints. Before leaving the area, Melinda met with nursing home administration and notified them that she is still seeing open trash bags with unsanitary waste left in the hallways. The administration responded that they would address the concern promptly. The short-term skilled rehabilitation unit had seven residents at the time of this visit. Melinda then went to the assisted living area of the facility where she noticed a few residents in the common areas. On the second-floor, Melinda saw that there were plenty of snacks and an adequate

502 Deaderick Street, 9th Floor  Main: (615) 253-5412
Nashville, TN 37243-0860   Email: teresa.teeple@tn.gov
tn.gov/aging


number of staff throughout. She then went to the third floor where she noticed a few residents in the common area watching television. Overall, the facility seemed to be resolving issues as they transpire, and residents were also reporting trust that the staff will address their issues as they are presented.

Melinda's next visit to the facility was on February 2nd. She started on 2-North in the long-term care nursing home area. While there, Melinda noticed caregivers putting clothing and bedding that had had bodily fluids in open bags in the hallway. The was brought to the director of nursing and administrator upon Melinda's exit where she was told that they will follow up with additional training for staff. While on 2-North, Melinda received a resident complaint that there was not enough variety in snacks late at night. This issue was also discussed with the director of nursing and administrator. Some residents also made complaints that landline phones did not work in rooms. Upon discussing this issue with administration, Melinda was advised that there was a wiring issue but that there was a company scheduled to assess the cost for fixing the issue. The resident who initiated the complaint was offered the use of a portable or cell phone to contact family until the land line is fixed. The short-term skilled rehabilitation area had 7 residents at the time of this visit. The census for the long-term care nursing home area was 136. Melinda then went to visit the assisted living area of the facility. The first and second floor residents were headed to the main dining room to eat breakfast. Melinda spoke with two residents who had no complaints with their quality of care. While on the first floor, Melinda noticed that there were two leaks in the ceiling and buckets with wet stained towels near the pump room which was addressed by phone later in the day with the assisted living administrator. The administrator stated that the leaks were being fixed and the buckets would be removed. Melinda then visited the third floor and saw most of the residents eating in the dining room. Melinda noticed a medication cart that was unlocked and unattended, which she also discussed with the administrator. The administrator will speak with the nurse and provide training, if necessary, to resolve the issue.

Melinda's final visit to the facility was on February 8th. She started her visit in the short-term skilled rehabilitation section, which has now grown to ten residents. As there were no residents in this area out and about, Melinda then moved on to the long-term care nursing home area where she saw a handful of residents playing card games with activities staff. Melinda then went to 2-North where she spoke residents about their complaints and if the facility handled them appropriately. Most residents were happy, and it appeared that the social work staff were working with the residents to resolve their complaints. Melinda next went to 2-East where she found residents coloring. Residents from both 2-East and 2-North requested to have more activities. These requests were brought to administrative staff prior to exiting. The resident that previously did not have a landline now has it fixed. Melinda noted that the facilities director of nursing position has been vacated and is posted for hire. Lastly, Melinda visited the assisted living area. On the second floor, residents had finished a Mardi Gras party earlier in the day. By the time Melinda visited, residents were eating dinner. Residents seemed very happy. The menu was posted in addition to an activities calendar. Overall, McKendree Villages has made significant improvement in the care and quality of life for residents.



Teresa Teeple,
State Long-Term Care Ombudsman

**Waynesboro Health and Rehabilitation Center**

Norma Bell, District Ombudsman in Jackson, Tennessee, visited Waynesboro Health and Rehabilitation on February 12, 2024. The census was 42 the day of her visit. The facility was in the process of painting the rooms and hall on the west side of the building. As a result, residents on that side were moved and will be returned once the project is completed. The affected residents were not concerned with the move as they knew that it was only temporary. Norma noticed that some residents were in the dining room playing bingo, but most were in their rooms. Residents appeared to be content and well groomed. She visited with a resident and his wife who voiced a few concerns that were addressed before she left. Norma found that all necessary doors to supplies were locked and out of reach of residents. The facility also had an adequate supply of briefs, pads, medicine, and food. During her observations, Norma noticed staff helping a resident out of bed by pulling on the resident's hand and wrist which could cause bruising in those areas. The concern was brought to the administrator who stated that he would have physical therapy train staff to use a gait belt to avoid this issue.

This concludes the fourth report of the Patient Care Ombudsman.

*Teresa Teeple*
Teresa Teeple
State Long-Term Care Ombudsman